UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUBENA LORENZO, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                Case No:  2:20-cv-141-JLB-NPM

PROFESSIONAL ADJUSTMENT CORP. OF
S.W. FL., INC.,

      Defendant.

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 40.) The stipulation is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is **DIRECTED** to terminate any deadlines and pending motions and close the file.

**ORDERED** at Fort Myers, Florida, on April 2, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE